UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────

Jose Barragan Contreras, Juan Alonzo Orellana, : 
and Jorge Yepez :
 :
Individually, and on behalf of all others :
Similarly situated as Class Representatives, :
 :
                 Plaintiffs, :
 :   Case No.: 17-CV-6453 (CS)
v. :
 :   CLASS ACTION
Rosann Landscape Corp., A.F.A. Management :
Corp., and Ana Maria Birlescu :
 :
 :
                 Defendants. :
 :
───────────────────────────────────────

**ORDER ON FEE APPLICATION**

WHEREAS, the Court, having determined that attorneys' fees were properly awarded for Plaintiffs' motion *in limine* regarding Defendants' failure to disclose Steven Reyes and Abimael Beltran as potential witnesses in this matter, (*see* Minute Entry dated Aug. 5, 2020), and Plaintiffs having moved for fees, (Doc. 204), and Defendants having opposed same, (Doc. 230), and for reasons stated on the record on September 16, 2020,

2

IT IS HEREBY ORDERED that Plaintiffs are entitled to attorneys' fees in the amount of $8,077, payable one-half by Defendants and one-half by Defendants' counsel, Jeffrey M. Bernbach, Esq.

**SO ORDERED.**

Dated: September 16, 2020
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.