UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE BARRIGAN CONTRERAS, *et al.*

                                      Plaintiffs,                  **ORDER**

       -against-                                        17 Civ. 6453 (CS)(JCM)

ROSANN LANDSCAPE CORP., *et al.*,

                                      Defendants.
-------------------------------------------------------------X

       On September 22, 2020, the parties submitted, under seal, a joint request to advance the date of the settlement conference scheduled for October 19, 2020 at 2:00 p.m.  This request is denied.  After consultation with the Honorable Cathy Seibel, this case will not be scheduled for trial on October 19, 2020.  Therefore, the settlement conference will proceed as scheduled.  The parties are strongly encouraged to continue their settlement discussions between now and the conference, and if the matter does not resolve prior to the conference, the Court expects that all parties will attend with open minds and a willingness to settle.

Dated:  September 22, 2020
          White Plains, New York

                                                           **SO ORDERED:**

                                                            _____
                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge