```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ----------------------------------x

 3   JOSE BARRAGAN CONTRERAS, et
     al.,
 4
                    Plaintiffs,
 5
             v.                              17 CV 6453(CS)
 6
                                             SETTLEMENT
 7
     ROSANN LANDSCAPE CORP., et
 8   al.,

 9                  Defendants.

10   ----------------------------------x

11

12                                           United States Courthouse
                                             White Plains, New York
13                                           October 19, 2020

14

15

16

17

18   Before:   THE HONORABLE JUDITH C. MCCARTHY, Magistrate Judge

19

20

21

22

23

24

25   *Proceeding recorded via digital recording device.
```

```
 1                         APPEARANCES

 2

 3

 4    DAVID TYKULSKER & ASSOCIATES
           Attorneys for Plaintiffs
 5    DAVID ABE TYKULSKER

 6

      WORKER JUSTICE CENTER OF NEW YORK, INC.
 7         Attorneys for Plaintiffs
      ROBERT DAVID McCREANOR
 8    MAUREEN HUSSAIN

 9

      BERNBACH LAW FIRM
10         Attorneys for Defendants
      JEFFREY M. BERNBACH
11

12    KOMMER, BAVE & OLLMAN
           Attorneys for non-party Auricchio Trust
13    RACHEL CICCONE

14

15    Also present: DOMINIC CAPIO, Trustee

16

17

18

19

20

21

22

23

24

25
```

1          THE DEPUTY CLERK:  Barragan Contreras v. Rosann
2     Landscape Corp.
3          Counsel, please state your appearances for the
4     record.
5          MR. McCREANOR:  For the plaintiffs, Worker Justice
6     Center of New York, by Robert McCreanor.
7          MS. HUSSAIN:  Also for the plaintiffs, Worker Justice
8     Center of New York, Maureen Hussain.
9          MR. TYKULSKER:  Also for the plaintiffs, David
10    Tykulsker, David Tykulsker & Associates.
11         MR. BERNBACH:  For the defendants, Bernbach Law Firm,
12    PLLC, by Jeffrey Bernbach.
13         MS. CICCONE:  For the Auricchio Trust, a non-party,
14    Rachel Ciccone, Kommer, Bave & Ollman.
15         THE COURT:  Also present is Ann Maria Birlescu, a
16    defendant, and Dominic Capio, Trustee.
17         In this matter we have been having a settlement
18    conference, the fourth that we've had over the course of the
19    past year and half, and I'm pleased to say that the case has
20    settled.
21         I'm going to ask counsel for plaintiff to please put
22    the terms of the settlement on the record and then I will allow
23    the Trust and the defendant to add anything that they think
24    needs to be added.
25         Counsel.

1     MR. TYKULSKER:  Thank you, your Honor.  It's David
2  Tykulsker.
3     The matter has been settled for a total sum of $1
4  million payable $500,000 by the defendants and $500,000 by the
5  Trust.
6     The Trust has agreed, for purposes of this matter and
7  all related matters, to be subject to the Court's jurisdiction
8  and that there will be joint and several liability for the
9  total sum.  The Trust will guarantee the payment of the
10 settlement amount.  The Trust and the parties agree that they
11 will not contest any issues with the way plaintiffs seek to
12 distribute these monies, service awards, the fees, the
13 allocation of damages between the wages and nonwage damages,
14 the notice efforts that plaintiff will make, the $20,000
15 plaintiffs intend to allocate to claims administration from the
16 corpus.  The fees and costs, which will approximate $333,000,
17 will be distributed to the attorneys.  They agree that they
18 will not object to any redistribution that the plaintiffs seek
19 to make in order to make payment and any cy pres that would be
20 needed if payment cannot be made.  Under any set of
21 circumstances, there will be no reversion of these monies to
22 the defendants.
23    The plaintiffs will, within 48 hours, withdraw -- or
24 communicate to Lefrak, withdraw the hold it currently exists
25 with regard to the monies owing to the defendants.  By the

1    close of Friday, business on Friday, the plaintiff will also
2    communicate to all other parties, banks and the district courts
3    in Florida, Southern District of Florida and Vermont, that the
4    hold will be released on any property of the defendant.  The
5    plaintiffs will, in return for payment, give to defendants and
6    the Trust and any agents thereof full release of any claims
7    that were raised in this case or could have been raised.  We
8    will withdraw the appeal that is pending in the Second Circuit
9    and we will provide a warrant to satisfy the 54(b) judgment
10   that already exists.
11           As far as we can tell, that is the terms of this
12   settlement.  The Court is going to maintain jurisdiction to be
13   sure that the terms are complied with.
14           MR. McCREANOR:  This is Robert McCreanor.
15           I just want to specify one term here.  Mr. Tykulsker
16   said the plaintiff will determine the division of damages
17   between wages and nonwages, and just to be clear, the employer
18   shall remain responsible for employer share of payroll taxes
19   that the workers will be responsible for for the taxes that are
20   withheld on the wage portion and, obviously, any additional tax
21   reporting obligations that they have.
22           THE COURT:  Mr. Bernbach.
23           MR. BERNBACH:  Nothing to add other than it's
24   anticipated that, upon the Court's approval of the settlement,
25   the parties will enter into a formal standard form of

1  settlement agreement in cases of this type.
2          THE COURT:  Counsel, any objections to that?
3          MR. TYKULSKER:  No.  We anticipate doing precisely
4  that.  Obviously, the standard Rule 23 nature of the case, we
5  will do that at the point of final approval, but, yes, we
6  absolutely anticipate that.
7          MR. BERNBACH:  Okay.
8          THE COURT:  And Ms. Hussain, anything you want to
9  add?
10         MS. HUSSAIN:  No, your Honor.
11         THE COURT:  Okay.  Is there anything else we need to
12 do today?
13         MR. TYKULSKER:  No.  Just to thank your Honor for
14 your good work in getting this resolved.
15         THE COURT:  Glad I was able to help.
16         I will let Judge Seibel know it settled; however, you
17 probably should let her know, also.
18         MR. TYKULSKER:  We will do so.
19         THE COURT:  Okay.
20         MR. McCREANOR:  Thank you, your Honor.
21         THE COURT:  Good luck to everyone and stay well.
22         MS. HUSSAIN:  Thank you, your Honor
23         MR. BERNBACH:  Thank you, your Honor.
24
                              ----
25