UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE BARRAGAN CONTRERAS, JUAN ALONZO ORELLANA, AND JORGE YEPEZ, Individually, and on behalf of all others similarly situated as Class Representatives,<br><br>Plaintiff,<br><br>v.<br><br>ROSANN LANDSCAPE CORP., A.F.A. MANAGEMENT CORP., AND ANA MARIA BIRLESCU,<br><br>Defendants. | Case No.: 7:17-cv-06453-CS |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND DISMISSAL

For the reasons set forth in the Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of Class Settlement and the Declaration of Robert McCreanor and supporting documents, the Parties respectfully request that the Court grant final approval of the Settlement Agreement, and:

1) rule that the Settlement Agreement is fair, reasonable, and adequate, and binding on all Class Members (as such term is defined in the Settlement Agreement);

2) enter final judgment in the form proposed by Class Counsel;

3) dismiss the litigation with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement;

4) order that Defendants and the Frank Auricchio Revocable Living Trust transfer all funds due to the Qualified Settlement Fund in the timeframe specified by the Settlement Agreement;

5) order that the Claims Administrator distribute settlement checks from the Qualified Settlement Fund per the Settlement Agreement timing requirements, make all necessary tax reporting and withholding; and

6) authorize the Claims Administrator to pay its fees from the Settlement Fund on a regular basis as it performs the work set forth in the Settlement Agreement throughout the administration of this settlement up to an amount not to exceed $20,000.

Plaintiffs have attached a Proposed Order and a Proposed Final Judgment hereto.

Dated: February 17, 2021

Respectfully submitted,

*/s/ Robert McCreanor*
Worker Justice Center of New York
ROBERT MCCREANOR
MAUREEN HUSSAIN
9 Main Street
Kingston, NY 12401
(845) 331-6615
rmccreanor@wjcny.org
mhussain@wjcny.org

David Tykulsker & Associates
DAVID TYKULSKER
161 Walnut Street
Montclair, NJ 07042
(973) 509-9292
david@dtesq.com